UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  -vs-<br><br>LONNIE WADE CASTILLO,<br><br>    Defendant. | NO.   CR-12-0003-WFN-1<br><br>ORDER DECLARING THE PRELIMINARY ORDER OF FORFEITURE FINAL |

WHEREAS, on December 12, 2012, the Court entered a Preliminary Order of Forfeiture in accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following property to the United States subject to the provisions of 18 U.S.C. § 2253:

(1) Apple laptop bearing S/N: W8835JLOOP1,

(2) Staples Relay Thumb Drive (2 GB), and

(3) Linksys Wireless G Broadband Router bearing S/N:   CJJ01F505202.

WHEREAS, the assets are in the custody of the United States, and pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Fed. R. Crim. P. 32.2(b)(6)(C), the United States was not required to publish notice of the preliminary order.

WHEREAS the time for filing petitions for said property, as provided in Fed. R. Crim. P. 32.2(c)(2), Rule G(5) and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, has expired, and no petitions for said property were filed. Accordingly,

ORDER - 1

**IT IS ORDERED** that:

1. The Court's December 12, 2012, Preliminary Order of Forfeiture is final as to the Defendant and as to any and all persons or entities; and the assets are forfeited to the United States.

2. The forfeited assets shall be disposed of in accordance with law.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 26th day of February, 2013.

02-26-13

          s/ Wm. Fremming Nielsen
          WM. FREMMING NIELSEN
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2